BEATRICE TRANTER v. SEFTON TRANTER.— Motion for stay granted. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

THOMAS WILLIAMS v. WESTERN UNION TELEGRAPH COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

WILLIAM J. BRADLEY v. ROBERT H. McCUTCHEON.— Application granted. Order signed. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

SUPERIOR LAMP MANUFACTURING COMPANY v. MAX ZEISLER.— Application granted. Order signed. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

JAMES L. BUNNELL v. ELVERTON R. CHAPMAN.— Motion granted; question certified. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

ARTHUR E. DORNIN, an Infant, etc., Appellant, v. WILLIAM C. DORNIN, JR., Individually and as Substituted Trustee, etc., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.; Clarke, P. J., dissenting.

HENRY GRIEME, etc., Appellant, v. GROVE HILL REALTY COMPANY and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Page and Davis, JJ.

ABRAHAM ABRAMS, Appellant, v. ABRAHAM JALKOFF and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Page and Davis, JJ.

AUGUSTA FRANK, Appellant, v. A. ALPHONSE FRANK and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to amend on payment of costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Page and Davis, JJ.

GEORGE W. JACOBS, Appellant, v. FANNIE JACOBS ROSENBAUM, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Page and Davis, JJ.

THE ADDER MACHINE COMPANY, Respondent, v. GERMAN FIRE INSURANCE COMPANY OF PEORIA, ILLINOIS, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Page and Davis, JJ.

DOMINIQUE VECCHINI, Respondent, v. ADOLPH E. WUPPERMANN, Appellant, Impleaded with Others.— Judgment and order affirmed, with costs. No opinion. Present—Clarke, P. J., McLaughlin, Scott, Page and Davis, JJ.

CLARA NALIBOFF, Appellant, v. SAM ROTHBEIND and Another, Respondents.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Page and Davis, JJ.; Clarke, P. J., and Davis, J., dissented and voted to reinstate verdict.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MOLLIE MOROSS, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Page and Davis, JJ.

EDWIN LICHTIG, Respondent, v. HEWLETT EMBROIDERY WORKS,

Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Page and Davis, JJ.

SOLOMON WEINHANDLER, Appellant, v. PERRY LOEWENTHAL and Another, Respondents.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Page and Davis, JJ.

OSCAR B. NEWHOUSE, Doing Business as S. H. & O. B. NEWHOUSE, Respondent, v. CROWN MILLS, Appellant. - Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Page and Davis, JJ.

DARWIN P. RUDD, Respondent, v. POWELL'S, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Page and Davis, JJ.

JAMES J. DEZELL, Appellant, v. HENRY HELLMERS, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Page and Davis, JJ.

In the Matter of Adjusting the Transfer Tax on the Estate of CAROLYN F. MORGAN, Deceased. WILLIAM FELLOWES MORGAN and Others, as Executors, etc., Appellants; THE COMPTROLLER OF THE STATE OF NEW YORK, Respondent.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Page and Davis, JJ.; McLaughlin, J., dissented.

JOHN FLYNN, as Administrator, etc., Appellant, v. RODGERS & HAGERTY, INC., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Page and Davis, JJ.

EDYTH I. MAGEE, as Administratrix, etc., Appellant, v. EMILY BEACH CONDON and Another, Respondents, Impleaded with Others.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Page and Davis, JJ.

HYMAN WAKSCHAL, an Infant, etc., Respondent, v. DAVID WASSER, Appellant.— Order reversed, with costs, and verdict reinstated. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Page and Davis, JJ.

FRANK COGNETTA, as Administrator, etc., Respondent, v. THEODORE H. FISHEL, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Page and Davis, JJ.; Scott, J., dissented.

KATHERINE BOLLWEBER, as Administratrix, etc., Respondent, v. MAX MANDLE, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Page and Davis, JJ.

MINNIE TONNELLY, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Page and Davis, JJ.

HOWARD S. GARDNER, Respondent, v. THOMPSON-STARRETT COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Page and Davis, JJ.

PETER COLLINS, an Infant, etc., Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Page and Davis, JJ.